UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID W. BURTON, | ) |
| Plaintiff, | ) CASE NO.   C06-654-MJP-JPD |
| v. | ) |
| E.J. HALE, *et al.*, | ) ORDER GRANTING DEFENDANTS' |
| Defendants. | ) MOTION FOR SUMMARY JUDGMENT |

The Court, having reviewed plaintiff's complaint, defendants' motion for summary judgment, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendants' motion for summary judgment (Dkt. No. 28) is GRANTED.

(3) Plaintiff's complaint, and this action, are DISMISSED with prejudice.

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable James P. Donohue.

DATED this _4th_ day of ____March____, 2007.

_/s/ Marsha J. Pechman_
Marsha J. Pechman
U.S. District Judge

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 1